# United States Bankruptcy Court
### District of Minnesota

In re __Anna Marie Kobett__  
                        Debtor(s)

Case No. _____  
Chapter __7__

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

☒ **Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer. **2010 paystubs attached and employer prepared spreadsheet for 2009**

☐ **Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ Debtor was not employed during the 60 days preceding the filing of the petition;

☐ Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

☐ Debtor was self-employed during the 60 days preceding the filing of the petition;

☐ Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor: _/s/ Anna M. Kobett_    Date: _Jan 29, 2010_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

☐ **Joint Debtor** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

☐ **Joint Debtor** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

☐ Joint Debtor was not employed during the 60 days preceding the filing of the petition;

☐ Joint Debtor was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

☐ Joint Debtor was self-employed during the 60 days preceding the filing of the petition;

☐ Joint Debtor received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

☐ Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor: _____    Date: _____

*Pearson Candy Company*

PEARSON CANDY COMPANY
ST. PAUL, MN 55106
651-698-0356

251920

| DESCRIPTION | HOURS | CURRENT | YEAR-TO-DATE | DEDUCTIONS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|
| REGULAR | 37.75 | 584.77 | 1045.61 | FICA | 43.02 | 93.79 |
| OVERTIME | | | .00 | FEDERAL | 52.93 | 91.66 |
| HOLIDAY | | | 247.84 | STATE | 24.00 | 48.00 |
| SICK PAY | | | .00 | LOCAL TAX | | .00 |
| VACATION | | | .00 | PRETAXOPTS | 4.85 | 14.55 |
| BONUS | | | .00 | LAUNDRY | 1.00 | 2.00 |
| ADJUSTMENT | | | .00 | DUES | | 56.00 |
| | | | | MED INS | 17.67 | 53.01 |

GROSS PAY ▶ 584.77    1293.45
NET PAY ▶ 441.30    934.44
HOLIDAY HOURS ▶    16.00
SICK PAY HOURS ▶    .00
VACATION HOURS ▶    120.00

TOTAL DEDUCTIONS ▶ 143.47    359.01

| NAME | PERIOD ENDING | CHECK DATE | CHECK NUMBER |
|---|---|---|---|
| KOBETT    ANNA    M | 1/16/10 | 1/21/10 | 251920 |

*Pearson Candy Company*

PEARSON CANDY COMPANY
ST PAUL MN 55018
651-698-0356

251870

| DESCRIPTION | HOURS | CURRENT | YEAR-TO-DATE | DEDUCTIONS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|
| REGULAR | 29.75 | 460.84 | 460.84 | FICA | 33.53 | 50.77 |
| OVERTIME | | | .00 | FEDERAL | 34.34 | 38.73 |
| HOLIDAY | | | 247.84 | STATE | 18.00 | 24.00 |
| SICK PAY | | | .00 | LOCAL TAX | | .00 |
| VACATION | | | .00 | PRETAXOPTS | 4.85 | 9.70 |
| BONUS | | | .00 | LAUNDRY | 1.00 | 1.00 |
| ADJUSTMENT | | | .00 | DUES | 56.00 | 56.00 |
| | | | | MED INS | 17.67 | 35.34 |

| | CURRENT | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY ▶ | 460.84 | 708.68 |
| NET PAY ▶ | 295.45 | 493.14 |
| HOLIDAY HOURS ▶ | | 16.00 |
| SICK PAY HOURS ▶ | | .00 |
| VACATION HOURS ▶ | | 120.00 |

TOTAL DEDUCTIONS ▶   165.39   215.54

| NAME | PERIOD ENDING | CHECK DATE | CHECK NUMBER |
|---|---|---|---|
| KOBETT   ANNA   M | 1/09/10 | 1/14/10 | 251870 |

| DESCRIPTION | HOURS | CURRENT | YEAR-TO-DATE | DEDUCTIONS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|
| REGULAR | 37.50 | 580.89 | 21717.29 | FICA | 41.36 | 1823.56 |
| OVERTIME | | | 11.66 | FEDERAL | 47.50 | 2070.69 |
| HOLIDAY | | | 1236.88 | STATE | 23.00 | 1005.00 |
| SICK PAY | | | .00 | LOCAL TAX | | .00 |
| VACATION | | | 1735.73 | PRETAXOPTS | 4.85 | 223.10 |
| BONUS | | | .00 | LAUNDRY | 1.00 | 41.00 |
| ADJUSTMENT | | | 277.78 | DUES | | 308.00 |
| | | | | MED INS | 35.34 | 918.84 |

| | | | |
|---|---|---|---|
| GROSS PAY ▶ | 580.89 | 24979.34 | |
| NET PAY ▶ | 427.84 | 18589.15 | |
| HOLIDAY HOURS ▶ | | 80.00 | |
| SICK PAY HOURS ▶ | | .00 | |
| VACATION HOURS ▶ | | 120.00 | TOTAL DEDUCTIONS ▶ 153.05 6390.19 |

| NAME | PERIOD ENDING | CHECK DATE | CHECK NUMBER |
|---|---|---|---|
| KOBETT ANNA M | 12/19/09 | 12/24/09 | 251670 |

PEARSON CANDY COMPANY
ST. PAUL, MN 55116
651-698-0356

251720

| DESCRIPTION | HOURS | CURRENT | YEAR-TO-DATE | DEDUCTIONS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|---|---|
| REGULAR |  |  | 21717.29 | FICA | 17.24 | 1840.80 |
| OVERTIME |  |  | 11.66 | FEDERAL | 2.19 | 2072.88 |
| HOLIDAY | 16.00 | 247.84 | 1484.72 | STATE | 6.00 | 1011.00 |
| SICK PAY |  |  | .00 | LOCAL TAX |  | .00 |
| VACATION |  |  | 1735.73 | PRETAXOPTS | 4.85 | 227.95 |
| BONUS |  |  | .00 | LAUNDRY |  | 41.00 |
| ADJUSTMENT |  |  | 277.78 | DUES |  | 308.00 |
|  |  |  |  | MED INS | 17.67 | 936.51 |

| | | | |
|---|---|---|---|
| GROSS PAY ▶ | 247.84 | 25227.18 | |
| NET PAY ▶ | 199.89 | 18789.04 | |
| HOLIDAY HOURS ▶ |  | 96.00 | |
| SICK PAY HOURS ▶ |  | .00 | |
| VACATION HOURS ▶ |  | 120.00 | TOTAL DEDUCTIONS ▶ 47.95  6438.14 |

| NAME | PERIOD ENDING | CHECK DATE | CHECK NUMBER |
|---|---|---|---|
| KOBETT  ANNA  M | 12/26/09 | 12/31/09 | 251720 |

## Anna Kobett XXX-XX-2326

| Pay check Date | Period Ending | Hours | Gross Pay | Taxes | Insurance | Laundry | Dues | Net Pay | Check # |
|---|---|---|---|---|---|---|---|---|---|
| December 24, 2009 | December 19, 2009 | 37.5 | $580.89 | ($111.86) | ($40.19) | | | $427.84 | 251670 |
| December 17, 2009 | December 12, 2009 | | | | Layoff | | | | |
| December 10, 2009 | December 5, 2009 | 36.75 | $569.26 | ($113.23) | ($22.52) | ($1.00) | | $432.51 | 251582 |
| December 3, 2009 | November 28, 2009 | 16 | $247.84 | ($25.43) | ($22.52) | | | $199.89 | 251494 |
| December 3, 2009 | Retention Bonus | | $277.78 | ($38.30) | | | | $239.48 | 251495 |
| November 26, 2009 | November 21, 2009 | 37.25 | $577.02 | ($115.99) | ($22.52) | ($1.00) | | $437.51 | 251435 |
| November 19, 2009 | November 14, 2009 | 36.75 | $569.26 | ($108.23) | ($40.19) | ($1.00) | | $391.84 | 251385 |
| November 12, 2009 | November 7, 2009 | | | | Layoff | | | | |
| November 5, 2009 | October 31, 2009 | 37.25 | $577.03 | ($115.99) | ($22.52) | ($1.00) | | $437.52 | 251307 |
| October 29, 2009 | October 24, 2009 | 37.5 | $580.90 | ($116.87) | ($22.52) | ($1.00) | | $440.51 | 251256 |
| October 22, 2009 | October 17, 2009 | 37 | $573.14 | ($115.10) | ($22.52) | ($1.00) | | $434.52 | 251205 |
| October 15, 2009 | October 10, 2009 | 37.5 | $580.89 | ($116.87) | ($22.52) | ($1.00) | | $412.50 | 251148 |
| October 8, 2009 | October 3, 2009 | 37 | $573.14 | ($115.10) | ($22.52) | ($1.00) | ($28.00) | $434.52 | 251097 |
| October 1, 2009 | September 26, 2009 | 37 | $573.14 | ($115.10) | ($22.52) | ($1.00) | | $434.52 | 251045 |
| September 24, 2009 | September 19, 2009 | 38.25 | $594.44 | ($120.93) | ($22.52) | ($1.00) | | $449.99 | 250994 |
| September 17, 2009 | September 12, 2009 | 38 | $588.64 | ($119.62) | ($22.52) | ($1.00) | ($28.00) | $417.50 | 250942 |
| September 10, 2009 | September 5, 2009 | 34.25 | $530.55 | ($102.47) | ($22.52) | ($1.00) | | $404.56 | 250861 |
| September 3, 2009 | August 29, 2009 | 37.75 | $584.77 | ($117.74) | ($22.52) | ($1.00) | | $443.51 | 250805 |
| August 27, 2009 | August 22, 2009 | 37.75 | $584.77 | ($117.73) | ($22.52) | ($1.00) | ($28.00) | $443.52 | 250757 |
| August 20, 2009 | August 15, 2009 | 29.5 | $448.22 | ($79.82) | ($22.52) | ($1.00) | | $344.88 | 250705 |
| August 13, 2009 | August 8, 2009 | 39 | $564.74 | ($112.22) | ($22.52) | ($1.00) | ($28.00) | $401.00 | 250654 |
| August 6, 2009 | August 1, 2009 | 37.5 | $580.90 | ($116.86) | ($22.52) | ($1.00) | | $440.52 | 250602 |
| July 30, 2009 | July 25, 2009 | 40 | $569.60 | ($113.30) | ($22.52) | ($1.00) | | $433.78 | 250550 |
| July 23, 2009 | July 18, 2009 | 38 | $569.89 | ($113.38) | ($22.52) | ($1.00) | | $432.99 | 250498 |
| July 16, 2009 | July 11, 2009 | 36.25 | $516.20 | ($99.22) | ($22.52) | ($1.00) | ($28.00) | $365.46 | 250440 |
| July 9, 2009 | July 4, 2009 | 33.25 | $473.48 | ($86.54) | ($22.52) | ($1.00) | | $363.42 | 250387 |
| July 2, 2009 | June 27, 2009 | 40 | $569.60 | ($108.30) | ($40.19) | ($1.00) | | $420.11 | 250337 |
| June 25, 2009 | June 20, 2009 | | | | off work | | | | |
| June 18, 2009 | June 13, 2009 | 33.75 | $480.60 | ($89.15) | ($22.52) | ($1.00) | ($28.00) | $339.93 | 250236 |
| June 11, 2009 | June 6, 2009 | 30.25 | $453.32 | ($80.96) | ($22.52) | ($1.00) | | $348.84 | 250182 |
| Totals | | 931 | $14,112.23 | ($2,748.01) | ($638.53) | ($24.00) | ($168.00) | $10,533.69 | |